SCOTT E. BRADFORD, OSB #062824
United States Attorney
District of Oregon
**BRYAN CHINWUBA, ILSB #6323733**
Bryan.Chinwuba@usdoj.gov
Assistant United States Attorney
1000 SW Third Avenue, Suite 600
Portland, OR 97204-2902
Telephone: (503) 727-1000
Attorneys for United States of America

**UNITED STATES DISTRICT COURT**

**DISTRICT OF OREGON**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **3:24-CR-00426-AB-6** |
| **v.** | **GOVERNMENT'S SENTENCING MEMORANDUM** |
| **CORDERO APOLINAR ALMONTE,** | |
| **Defendant.** | |

**Introduction**

In September 2024, DEA agents intercepted communications concerning a large methamphetamine sale between drug traffickers operating in Oregon. Investigators surveilled the area the drug deal was scheduled to take place and observed defendant arrive in his vehicle with another drug trafficker. Investigators observed the drug trafficker exit defendant's vehicle and transfer a bag investigators suspected contained methamphetamine to another drug trafficker who arrived at the location separately. Investigators later conducted a traffic stop on the drug traffickers who was in possession of the bag and seized it. Investigators confirmed the bag contained approximately 20 pounds of methamphetamine. There are no factual disputes with respect to defendant's conduct between defendant and the government. The government

recommends a sentence on the low end of the guideline range followed by five years of supervised release and a $100 fee assessment.

## I. FACTUAL BACKGROUND

### A. The Offense Conduct

On September 24, 2024, DEA investigators intercepted communications concerning a 20-pound methamphetamine sale between known drug traffickers. The drug traffickers arranged the deal to take place in Woodburn, Oregon. Investigators surveilled the drug deal location and observed defendant drive to the location with another known drug trafficker in his vehicle. DEA investigators observed the passenger in defendant's vehicle exit and transfer a white garbage bag to another drug trafficker who arrived in a separate vehicle. Law enforcement later seized this bag, which contained approximately 20 pounds of methamphetamine.

### B. The Charges

Defendant is charged in Count One of the Indictment with conspiracy to distribute a controlled substance. On March 20, 2026, defendant pleaded guilty to Count One of the Indictment.

## II. GOVERNMENT'S RECOMMENDED SENTENCE

Based on defendant's acceptance of responsibility, the government recommends a sentence on the low end of the guideline range followed by a five-year term of supervised release, subject to the standard conditions, and a $100 fee assessment.

Dated: September 30, 2026.

Respectfully submitted,

SCOTT E. BRADFORD
United States Attorney

*/s/ Bryan Chinwuba*
BRYAN CHINWUBA, ILSB #6323733
Assistant United States Attorney